UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against –

RAJARENGAN RAJARATNAM

Defendant

1:13-cr-00211-(NRB)

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for Defendant Rajarengan Rajaratnam. He is admitted to practice in this Court.

Dated:  New York, New York
        September 4, 2013

Respectfully submitted,

LANKLER SIFFERT & WOHL LLP

By: _____
        Derek Chan

500 Fifth Avenue, 33rd Floor
New York, NY 10110
Telephone (212) 921-8399
Fax (212) 764-3701
dchan@lswlaw.com

*Attorneys for Defendant Rajarengan Rajaratnam*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing Notice of Appearance to be served on the 4th day of September 2013, via the Court's electronic filing system on upon all counsel of record.

Dated: September 4, 2013

LANKLER SIFFERT & WOHL LLP

By: _____
Derek Chan

500 Fifth Avenue
New York, New York 10110
Telephone (212) 921-8399
Fax (212) 764-3701
dchan@lswlaw.com