**MEMO ENDORSED**

```
                                SDNY
                        ELECTRONICALLY FILED
                        DOC #:
                        DATE FILED: 12/05/2013
```

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2013

**BY FACSIMILE AND ECF**


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC - 4 2013
UNITED STATES COURT JUDGE

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Rajarengan Rajaratnam, a/k/a "Rengan Rajaratnam,"</u>
13 Cr. 211 (NRB)

Dear Judge Buchwald:

The Government writes concerning the above-referenced matter. A status conference is currently scheduled for December 6, 2013 at 3:00 p.m. Government counsel is currently on trial before the Honorable Paul A. Crotty and that trial will likely last through next week. Originally, we were supposed to sit until approximately 1:00 pm on Fridays. After consultations with Judge Crotty today, however, it now appears that we will be conducting full trial days on Fridays, including this Friday, December 6.

Accordingly, the Government respectfully requests, with defense counsel's consent, that the status conference be adjourned to December 19, 2013 at 2:30 p.m. We understand that this is a convenient time for the Court. The Government also requests, with defense counsel's consent, the exclusion of time under the Speedy Trial Act from December 6, 2013 to December 19, 2013.

Thank you for your attention to this matter.

*So Ordered.*
*[signature]*
*12/4/13*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: [signature]
David I. Miller
Assistant United States Attorney
(212) 637-2484

cc: Daniel Gitner, Esq. (By E-mail)