UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 13 Cr. 211 (NRB) |
| -v.- | |
| RAJARENGAN RAJARATNAM, a/k/a "Rengan Rajaratnam," | |
| Defendant. | |

## DECLARATION OF DANIEL M. GITNER, ESQ.

I, Daniel M. Gitner, Esq., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and a partner at Lankler Siffert & Wohl, LLP, counsel for Rajarengan Rajaratnam, the defendant in the above matter. I make this declaration in connection with Mr. Rajaratnam's Motion to Dismiss the Indictment and to Suppress the Wiretap Evidence.

2. Attached hereto as Exhibit A is a true and correct copy of the Indictment, dated March 20, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of the Second Superseding Indictment filed against Raj Rajaratnam on January 20, 2011, available at *United States v. Raj Rajaratnam*, 09 Cr. 1184 (S.D.N.Y.) (ECF No. 165).

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt of the Court's Charge to the Jury in *United States v. Raj Rajaratnam*, 09 Cr. 1184 (S.D.N.Y.).

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of the Charge Conference held in *United States v. Raj Rajaratnam* on April 19, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of an excerpt of the Court's Charge to the Jury in *United States v. Martoma*, 12 Cr. 973 (S.D.N.Y.) (ECF No. 229).

7. Attached hereto as Exhibit F is a true and correct copy of the Criminal Complaint filed against Raj Rajaratnam on October 15, 2009, available at *United States v. Raj Rajaratnam*, 09 Cr. 1184 (ECF No. 1).

8. Attached hereto as Exhibit G is a true and correct copy of the Government's Memorandum of Law in Opposition to the Defendants' Motion for Severance, dated April 2, 2010, available at *United States v. Raj Rajaratnam*, 09 Cr. 1184 (ECF No. 65).

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the government's opening statement in *United States v. Raj Rajaratnam*, 09 Cr. 1184.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the government's summation in *United States v. Raj Rajaratnam*, 09 Cr. 1184.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from a PowerPoint presentation used as a demonstrative during the government's summation in *United States v. Raj Rajaratnam*, 09 Cr. 1184.

12. Attached hereto as Exhibit K is a true and correct copy of the Judgment in a Criminal Case, dated October 25, 2011, available at *United States v. Raj Rajaratnam*, 09 Cr. 1184 (ECF No. 328).

13. Attached hereto as Exhibit L is a true and correct copy of the Criminal Information filed against Rajiv Goel on February 8, 2010, available at *United States v. Rajiv Goel*, 10 Cr. 90 (ECF No. 37).

14. Attached hereto as Exhibit M is a true and correct copy of the Criminal Information filed against Anil Kumar on January 7, 2010, available at *United States v. Anil Kumar*, 10 Cr. 13 (ECF No. 36).

15. Attached hereto as Exhibit N is a true and correct copy of the government's Bill of Particulars, dated January 23, 2014. With the consent of the government, the Bill of Particulars has been redacted so as not to reveal the identities of other individuals. An unredacted copy will be provided to the Court.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from the testimony of FBI Special Agent James Barnacle in *United States v. Raj Rajaratnam*, 09 Cr. 1184.

17. Attached hereto as Exhibit P is a true and correct copy of Government Exhibit 8, entitled "Trading by Manager Code 'TMT' in Clearwire Securities Allocated to Galleon Technology Accounts on March 24, 2008 and March 25, 2008," admitted into evidence in *United States v. Raj Rajaratnam*, 09 Cr. 1184.

18. Attached hereto as Exhibit Q is a true and correct copy of Government Exhibit 78, entitled "Portfolio Manager Codes Used by Raj Rajaratnam," admitted into evidence in *United States v. Raj Rajaratnam*, 09 Cr. 1184.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2014

LANKLER SIFFERT & WOHL, LLP

By _____
Daniel M. Gitner
(dgitner@lswlaw.com)

500 Fifth Avenue, 34th Floor
New York, NY 10110-3398
(212) 921-8399

*Attorneys for Rajarengan Rajaratnam*