**MEMO ENDORSED**

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____         │
│ DATE FILED: 03/06/2014      │
└─────────────────────────────┘
```

# HANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

March 5, 2014



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
MAR - 6 2014
UNITED STATES COURT JUDGE

VIA FACSIMILE

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Rajarengan Rajaratnam, 13 Cr. 211 (NRB)

Dear Judge Buchwald:

We represent Rengan Rajaratnam in the above-referenced matter.

We respectfully submit this letter to request an additional five pages for the reply memorandum in support of Mr. Rajaratnam's motion to dismiss the Indictment, which is due Friday, March 7.

The government consents to this request.

*Application granted.*

*Naomi Reice Buchwald, USDJ*
*3/5/14*

Respectfully submitted,

Daniel M. Gitner

cc: AUSA Christopher D. Frey (by e-mail)