

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2014

**BY FACSIMILE AND BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

    Re: **United States v. Rajarengan Rajaratnam, a/k/a "Rengan Rajaratnam,"**
          **13 Cr. 211 (NRB)**

Dear Judge Buchwald:

    The Government respectfully submits this letter to advise the Court and the defendant that it no longer seeks to proceed on Counts Four and Seven of the above-captioned Indictment.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: *Christopher D. Frey*
    Christopher D. Frey
    Randall W. Jackson
    Assistant United States Attorneys
    (212) 637-2270 / 1029

cc:     Daniel Gitner, Esq. (By E-mail)