**LANKLER SIFFERT & WOHL LLP**
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

May 16, 2014

<u>**VIA FACSIMILE AND ECF**</u>

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Rajarengan Rajaratnam, 13 Cr. 211 (NRB)

Dear Judge Buchwald:

We represent Rengan Rajaratnam in the above matter.

Yesterday, we received a copy of the Superseding Indictment, which was filed this afternoon. Mr. Rajaratnam has reviewed the Superseding Indictment, and we have discussed it with him. Upon the parties' request, and in consultation with Your Honor's Chambers, we understand that Mr. Rajaratnam will be arraigned on the Superseding Indictment at the time of oral argument on the parties' motions *in limine*. At the government's request, we write to inform the Court that Mr. Rajaratnam waives any right to a speedier arraignment and consents to being arraigned at the next conference.

Respectfully submitted,

Daniel M. Gitner

cc:   Christopher D. Frey (by e-mail)
      Randall W. Jackson (by e-mail)