```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2014

UNITED STATES OF AMERICA,

        - against -

RAJARENGAN RAJARATNAM,

        Defendant.

ORDER

S1 13 Cr. 211 (NRB)

----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on May 9, 2014, the Government moved to preclude the defendant from introducing evidence regarding his return from Brazil to demonstrate his consciousness of innocence; and

    **WHEREAS** the Court denied that motion from the bench on May 30, 2014; and

    **WHEREAS** the defendant submitted a letter on June 2, 2014 again requesting that the Court preclude the defendant from introducing evidence on a consciousness-of-innocence defense; and

    **WHEREAS** the Court construes the Government's letter as a motion to reconsider; and

    **WHEREAS** the Government has not pointed to any controlling decisions or evidence that the Court overlooked in support of its motion to reconsider; it is hereby

**ORDERED** that the Government's motion to preclude evidence regarding the defendant's consciousness of innocence and/or motion for reconsideration is denied.

Dated:    New York, New York
          June 5, 2014

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorneys for the Government**

Christopher Frey, Esq.
Randall Jackson, Esq.
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

**Attorney for Defendant**

Daniel M. Gitner, Esq.
Michael D. Longyear, Esq.
Derek Chan, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 10110-3398

2