```
USDC SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

       - against -                           **ORDER**

RAJARENGAN RAJARATNAM,                   S1 13 Cr. 211 (NRB)

       Defendant.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant, Rajarengan Rajaratnam, was acquitted

on all counts of the Superseding Indictment; it is hereby

    **ORDERED** that the defendant's bail is exonerated.


Dated:    New York, New York
        July 9, 2014


                        NAOMI REICE BUCHWALD
                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

## Attorneys for the Government

Christopher Frey, Esq.
Randall Jackson, Esq.
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

## Attorneys for Defendant

Daniel M. Gitner, Esq.
Michael D. Longyear, Esq.
Derek Chan, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 10110-3398