AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

RAJARENGAN RAJARATNAM

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: S1 13 Cr. 211 (NRB)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Signature of Judge_

Naomi Reice Buchwald — US District Judge
Name of Judge — Title of Judge

7/10/2014
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/11/2014